**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:19-cv-00270-CMA-NYW

ERIC L. GARNER,

       Plaintiff,

v.

FCA US,

       Defendant.

---

**MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBIT H TO DEFENDANT'S MOTION TO ENFORCE SETTLEMENT AREEMENT (ECF NO. 36) UNDER RESTRICTION LEVEL 1**

---

Defendant FCA US LLC ("FCA US"), by and through undersigned counsel, hereby moves this Court, pursuant to D.C.COLO. LCivR 7.2, to restrict public access to the document filed at Docket Entry No. 36. In support of this motion, FCA US states as follows:

    1.    Pursuant to D.C.COLO. LCivR 7.1(a), undersigned counsel certify they have conferred with Plaintiff Eric Garner ("Plaintiff") regarding the relief sought in this motion. Plaintiff opposes the relief sought herein.

    2.    On October 23, 2019, FCA US filed a motion to enforce the settlement agreement reached between the parties (ECF No. 35) ("Motion to Enforce"), and filed a copy of the corresponding settlement agreement (Exhibit H) under Restriction Level 1 (ECF No. 36).

    3.    Given the confidentiality of the settlement agreement, FCA US seeks to maintain the current restriction level and limit access to the agreement only to the Court and the parties.

4. This document reflects terms to which the parties otherwise would not have agreed but for the understanding the settlement would remain confidential. The public has no valid interest in the contents of this record. Indeed, public disclosure of the confidential settlement agreement would disregard an essential basis on which the parties relied in reaching a settlement agreement in the first place.

5. No alternative to restriction is practicable because, while FCA US summarized accurately relevant portions of the settlement agreement in its Motion to Enforce, it is necessary that the Court review a true and correct copy of the agreement at issue in light of the dispositive nature of the Motion to Enforce.

WHEREFORE, FCA US respectfully requests the Court grant a Level 1 Restriction to Exhibit H to FCA US's Motion to Enforce (ECF No. 36).

Respectfully submitted this 5th day of November, 2019.

*/s/ Ryan P. Lessmann*
Ryan P. Lessmann
Jonathan H. Geneus
JACKSON LEWIS P.C.
950 17th Street, Suite 2600
Denver, CO 80202
Telephone: (303) 892-0404
Facsimile: (303) 892-5575
ryan.lessmann@jacksonlewis.com
jonathan.geneus@jacksonlewis.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of November, 2019, a true and correct copy of the foregoing motion was served via electronic mail on the following:

Eric L. Garner
6714 Everett Street
Arvada, CO 80004
Egarner81@gmail.com

*PRO SE PLAINTIFF*

                                                  s/ *Faith Poindexter*
                                                  For Jackson Lewis P.C.